IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANNE GRESSER | : | |
| | : | |
| v. | : | Civil No. CCB-12-987 |
| | : | |
| WELLS FARGO BANK, N.A. | : | |

**MEMORANDUM AND ORDER**

Plaintiff Anne Gresser has filed a Motion for Leave to File an Amended Complaint seeking to join additional plaintiffs as putative class representatives. When "determining whether to grant a motion to amend to join additional plaintiffs" the court "must consider both the general principles of amendment provided by Rule 15(a) and also the more specific joinder provisions of Rule 20(a)." *Hinson v. Norwest Fin. South Carolina, Inc.*, 239 F.3d 611, 618 (4th Cir. 2001). Gresser has satisfied the requirements of Rules 15 and 20(a)(1) because the plaintiffs she seeks to join all purchased the Series 3 Notes that are at issue in this case, and, thus, they assert claims "arising out of the same transaction, occurrence, or series of transactions or occurrences" as Gresser, and the questions of law and fact governing their claims are identical to the ones governing Gresser's. *See* Fed. R. Civ. P. 20. Wells Fargo has not demonstrated any reason why amendment should be denied, *see, e.g.*, *Edwards v. City of Goldsboro,* 178 F.3d 231, 242 (4th Cir. 1999), and its focus on the considerations governing intervention under Rule 24 is misplaced. If a revised briefing schedule on class certification would be helpful, the court will consider any reasonable request.

Accordingly, it is hereby ORDERED that:

1. Plaintiff Anne Gresser's Motion for Leave to File Amended Complaint (ECF No. 80)

is **Granted**;

2. Defendant Wells Fargo's Motion to Seal (ECF No. 87) is **Granted**; and

2. The Clerk shall send copies of this Memorandum and Order to counsel of record.


     4/17/13                                                  /s/
Date                                                         Catherine C. Blake
                                                            United States District Judge